UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 25-CR-20221-MARTINEZ**

UNITED STATES OF AMERICA

v.

JASON SESSIONS,

     Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before the Duty Magistrate Judge, in conjunction with Defendant's Arraignment Hearing.

**THE MATTER** was heard in front of Magistrate Judge Jonathan Goodman on July 2, 2025 **[ECF No. 44]**. A Report and Recommendation was filed on July 2, 2025, recommending that the Defendant's plea of guilty be accepted **[ECF No. 42]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 42]** of United States Magistrate Judge Jonathan Goodman, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Count One of the Information. Count One charges the Defendant with Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). The Defendant acknowledged that he understood the statutory penalties that apply in his case.

Sentencing has been set in this matter for **Friday, September 19, 2025, at 11:00 a.m.,** before the Honorable District Judge Jose E. Martinez, at the Wilkie D. Ferguson Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** at Chambers in Miami, Florida, this ⊗ day of July, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge Jonathan Goodman
       All Counsel of Record
       U.S. Probation Office